# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RALPH T WILMAS JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:07CV52 JCH |
| ) | |
| MATT BLUNT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915A(b)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, with prejudice, pursuant to 28 U.S.C. § 1915A(b).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 10th Day of December, 2007.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE